WILLIAM HOLDRIDGE, Appellant, *v.* EURYDICE L. HICKS et al., Respondents.

(Submitted January 31, 1890; decided February 25, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 15, 1886, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term.

*L. M. Norton* for appellant.

*C. C. Davison* for respondents.

Agree to affirm ; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.